UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 28 2010

Clerk, U.S. District and
Bankruptcy Courts

Raymond Curtis Evans,    )
)
Plaintiff,    )
)
v.    )    Civil Action No.    **1C 1C85**
)
Richard W. Roberts, Judge,    )
)
Defendant.    )

MEMORANDUM OPINION

This matter, transferred from the United States District Court for the Middle District of Pennsylvania, is before the Court on review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The application will be granted and the complaint will be dismissed pursuant to 28 U.S.C. § 1915A (requiring dismissal of a prisoner's complaint upon a determination that the complaint, among other grounds, fails to state a claim upon which relief can be granted).

Plaintiff is a prisoner at the United States Penitentiary in Lewisburg, Pennsylvania. He sues District Judge Richard W. Roberts of this Court for dismissing his case. *See Evans v. Daniels*, Civ. Action No. 2123 (RWR). Plaintiff seeks a judgment "declaring def's final order invalid." Compl. at 5. Plaintiff correctly appealed the dismissal order, albeit without success. He has no further recourse in this Court. A separate Order of dismissal for failure to state a claim accompanies this Memorandum Opinion.

_____
United States District Judge

Date: June 25, 2010